## Ed MORSE v. STATE.
### No. 17393.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

Wm. H. Scott, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Appellant was convicted of keeping a place for the purpose of gambling on dice, and his punishment assessed at two years in the penitentiary.

Appellant has filed with this court his affidavit advising that he does not desire to further prosecute his appeal, and at his request the same is dismissed.

## Zeke NEELEY v. STATE.
### No. 17337.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

C. Y. Welch, of Quanah, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of transporting intoxicating liquor, and his punishment assessed at confinement in the state penitentiary for a term of one year.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Jimmie NOWLIN v. STATE.
### No. 17384.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

See, also, 68 S.W.(2d) 496.

Kirby, King & Overshiner, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully transporting intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Virgil PLEMONS v. STATE.
### No. 17271.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

Bozeman & Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, three years in the penitentiary.

We find in the record an affidavit in due form requesting that this appeal be dismissed. The request is granted.

The appeal is dismissed.